B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Timothy Douglas Hayes | Bankruptcy Case No. 16-11983 |
| Debtor(s) | |
| 315 Bowery Holdings, LLC and CBGB Festival, LLC | Adversary No. 16-186 |
| Plaintiff(s) | Chapter 7 |
| vs | |
| Timothy Douglas Hayes | |
| Defendant(s) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  **Answer due date is July 7, 2016**

Address of Clerk

U.S. Bankruptcy Court
The Madison Building
400 Washington Street
Reading, PA 19601

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiffs:

Diana Lauren Eisner, Esq.
Manatt, Phelps & Phillips, LLP
1050 Connecticut Ave. NW Suite 600
Washington, DC 20036

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. McGRATH
CLERK OF COURT

June 7, 2016                            By:  _s/Angela M. Macklen_
Date                                          Deputy Clerk

Bankruptcy 16-11983   Adversary No. 16-186

## CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of ___ _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                Signature

Print Name         _____

Business Address   _____

City, State, Zip   _____