UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  TIMOTHY HAYES, | : | Case No. 16-11983REF |
| Debtor | : | Chapter 7 |
| | : | |
| 315 BOWERY HOLDINGS, LLC and | : | Adv. No. 16-186 |
| CBGB FESTIVAL, LLC., | : | |
| Plaintiffs | : | |
| vs. | : | |
| TIMOTHY HAYES, | : | |

# **ORDER**

AND NOW, this 12 day of January, 2018, Plaintiffs are directed to file Status Reports relating to the procedural status of the state court litigation, the first of which Status Reports shall be filed on or before January 19, 2018, and the succeeding Status Reports shall be filed every three months thereafter on the 15th day of each such month, beginning April 15, 2018.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge