UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: TIMOTHY HAYES, | : | Case No. 16-11983REF |
| Debtor | : | Chapter 7 |

---

| | | |
|---|---|---|
| 315 BOWERY HOLDINGS, LLC and | : | Adv. No. 16-186 |
| CBGB FESTIVAL, LLC., | : | |
| Plaintiffs | : | |
| vs. | : | |
| TIMOTHY HAYES, | : | |

# **ORDER**

AND NOW, this 17 day of April, 2018, Plaintiffs are directed to file the next Status Report relating to the procedural status of the state court litigation on or before June 22, 2018, after which a status conference may be scheduled in this Court.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge