UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  TIMOTHY HAYES, | : | Case No. 16-11983REF |
| Debtor | : | Chapter 7 |
| | : | |
| 315 BOWERY HOLDINGS, LLC and | : | Adv. No. 16-186 |
| CBGB FESTIVAL, LLC., | : | |
| Plaintiffs | : | |
| vs. | : | |
| TIMOTHY HAYES, | : | |

# **ORDER**

AND NOW, this 26 day of June, 2018, upon my consideration of the Status Report filed by Plaintiffs on June 22, 2018, IT IS HEREBY ORDERED that a status conference shall be held in this adversary proceeding

**On:  Tuesday, July 10, 2018**
**At:  9:30 a.m.**
**In:  Courtroom No. 1**
      **Third Floor, The Madison**
      **400 Washington St.**
      **Reading, PA.**

to discuss, inter alia, the status of: (1) The New York state court action, captioned and docketed at SW Productions, Inc. v. CBGB Festival, LLC, No. 652990/2014 (Sup. Ct. N.Y. County 2014); (2) the deposition of Defendant presently scheduled to be held on July 17, 2018; and (3) the settlement between Plaintiffs and Defendant, referred to in paragraph 4 of Plaintiffs' June 22, 2018 Status Report.

IT IS FURTHER ORDERED that Defendant shall appear in person at the July 10, 2018 status conference.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge